United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LUIS ESPINOSA RAMIREZ,           §
                                 §
             Petitioner,         §
                                 §
v.                               §     CIVIL ACTION NO. H-26-2246
                                 §
PAMELA BONDI, et al.,            §
                                 §
             Respondents.        §

**ORDER**

On March 22, 2026, Luis Espinosa Ramirez ("Petitioner") filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.[1]  On March 25, 2026, the court entered an order (Docket Entry No. 3) stating:

> Unless Petitioner can distinguish his case from the decisions of this court cited above within 10 days from the entry of this order, the court will deny Petitioner's Petition for Writ of Habeas Corpus (Docket Entry No. 1) and will dismiss this action.

On March 25, 2026, Petitioner filed a response reasserting that his detention without a bond hearing to determine whether he is a flight risk or danger to the community violates procedural due

---

[1]Petition for Writ of Habeas Corpus, Docket Entry No. 1.

-1-

process.[2]       However,  as  explained  in  Jacobo-Ventura, Civil

Action No. H-25-6117 (S.D. Tex. Feb. 19, 2026), because petitioner

only  has  those  rights  regarding  admission  that  Congress  has

provided by statute, and because § 1225(b)(2) mandates detention of

applicants for admission until certain proceedings have concluded,

Petitioner  is  not  entitled  to  a  bond  hearing  as  a  matter  of

procedural due process.

Because Petitioner has failed to distinguish his case from the

decisions of this court, Petitioner's Petition for Writ of Habeas

Corpus (Docket Entry No. 1) is **DENIED,** and a final judgment will be

entered dismissing the action with prejudice.

The  clerk  will  provide  a  copy  of  this  order  and  the  Final

Judgment to counsel for the Petitioner and to the United States

Attorney.

**SIGNED** at Houston, Texas, on this 9th day of April, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

---

[2]Brief in Reply to Order, Docket Entry No. 5, pp. 2-6.

-2-